

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 04-10075-PBS |
| ) | |
| ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846 - |
| v.   ) | Conspiracy to Possess |
| ) | With Intent to Distribute |
| 1. JOHN CLARK,   ) | And to Distribute Marijuana |
| 2. MIGUEL IBARRA,   ) | |
|   a/k/a "John,"   ) | 21 U.S.C. § 846 - |
|   a/k/a "Johnny,"   ) | Conspiracy to Possess |
| 3. JOSE MARIA SALAZAR-IBARRA, ) | With Intent to Distribute |
|   a/k/a "Jose Salas,"   ) | And to Distribute Cocaine |
|   a/k/a "Arturo Blanco,"   ) | |
|   a/k/a "Arthur,"   ) | |
| ) | |
|     Defendants.   ) | |

**SUPERSEDING INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy to Possess With
Intent To Distribute and to Distribute Marijuana)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in or about June, 1999 and continuing until a date unknown, but no earlier than March 24, 2004, at Boston and Brookline, and elsewhere, in the District of Massachusetts, and elsewhere,

   1. **JOHN CLARK,**
   2. **MIGUEL IBARRA,**
       a/k/a "John,"
       a/k/a "Johnny," and
   3. **JOSE MARIA SALAZAR-IBARRA,**
       a/k/a "Jose Salas,"
       a/k/a "Arturo Blanco,"
       a/k/a "Arthur,"

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute

and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine)

The Grand Jury further charges that:

From a date unknown to the Grand Jury, but no later than in or about November, 2002, and continuing until a date unknown, but no earlier than February, 2003, at Boston and Brookline, and elsewhere, in the District of Massachusetts, and elsewhere,

>    3. **JOSE MARIA SALAZAR-IBARRA**,
>            a/k/a "Jose Salas,"
>            a/k/a "Arturo Blanco,"
>            a/k/a "Arthur,"

defendant herein, knowingly and intentionally combined, conspired, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

**CRIMINAL FORFEITURE ALLEGATION**
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing the offenses alleged in Counts One and Two of this superseding indictment, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana; conspiracy to possess with intent to distribute and to distribute cocaine):

    1. JOHN CLARK,
    2. MIGUEL IBARRA,
        a/k/a "John,"
        a/k/a "Johnny," and
    3. JOSE MARIA SALAZAR-IBARRA,
        a/k/a "Jose Salas,"
        a/k/a "Arturo Blanco,"
        a/k/a "Arthur,"

defendants herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 1, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK                2:32 pm