UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 04-10075-PBS |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. JOHN CLARK, | ) | And to Distribute Marijuana |
| 2. MIGUEL IBARRA, | ) | |
|   a/k/a "John," | ) | 21 U.S.C. § 846 - |
|   a/k/a "Johnny," | ) | Conspiracy to Possess |
| 3. JOSE MARIA SALAZAR-IBARRA, | ) | With Intent to Distribute |
|   a/k/a "Jose Salas," | ) | And to Distribute Cocaine |
|   a/k/a "Arturo Blanco," | ) | |
|   a/k/a "Arthur," | ) | |
| | ) | |
|           Defendants. | ) | |

**GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT**

The United States Attorney hereby respectfully moves the Court to unseal the superseding indictment in this case.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: April 6, 2004